WILLIAM J. MCCORMACK SAND CO., INC., Appellant, *v.* EDWARD D. W. MILLIGAN, INC., et al., Defendants, and STANDARD ACCIDENT INSURANCE COMPANY, Respondent.

Argued May 18, 1938; decided June 3, 1938.

604

*Jacob I. Goodstein* for appellant.

*Ganson J. Baldwin, John Kirkland Clark* and *John Kirkland Clark, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.